ROBERT N. JETMORE *v.* CITY OF NEW LONDON ET AL.

HOUSE, C. J., RYAN, SHAPIRO, LOISELLE and MACDONALD, JS.

Argued October 6—decided October 17, 1972

*Joseph E. Fazzano,* for the appellant (plaintiff).

*Edmund J. Eshenfelder,* for the appellees (defendants).

PER CURIAM. Since no finding was requested or made, this court is unable to consider the plaintiff's claim of error predicated on asserted facts and asserted conclusions of law.

There is no error.